**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Grinnell Mutual Reinsurance Company, | Civil No. 11-1248 (RHK/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Katherine Sue Bassett and LaDonne Christians, | |
| Defendants. | |

Pursuant to the Stipulation of the parties (Doc. No. 21), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 11, 2012

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge